HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPTARIS, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>PREMIERE GLOBAL SERVICES, INC.,<br><br>                Defendant. | NO. C05-2152 JLR<br><br>PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE<br><br>***CLERK'S ACTION REQUESTED*** |

Plaintiff Captaris, Inc. hereby dismisses all claims in this action without prejudice.

Respectfully submitted this 17th day of March, 2006.

        */s/ Ramsey M. Al-Salam*
        Ramsey M. Al-Salam, WSBA # 18822
        RAlSalam@perkinscoie.com
        Ryan J. McBrayer, WSBA #28338
        RMcBrayer@perkinscoie.com
        **Perkins Coie LLP**
        1201 Third Avenue, Suite 4800
        Seattle, WA  98101-3099
        Phone:  206-359-8000/Fax:  206-359-9000

        Attorneys for Plaintiff
        Captaris, Inc.

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE - 1
[12014-1022-000300/SL060750.216]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000